**UNITED STATES DISTRICT COURT**
**District of Maine**

| | | |
|---|---|---|
| **DIANNE FERRY,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **No. 2:10-cv-211-GZS** |
| | ) | |
| **PRUDENTIAL INSURANCE** | ) | |
| **COMPANY OF AMERICA,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 10, 2011, his Recommended Decision (Docket No. 29). Plaintiff filed her Objection to the Recommended Decision (Docket No. 30) on October 27, 2011. Defendant filed its Response to Plaintiff's Objection to the Recommended Decision (Docket No. 31) on November 14, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de</u> <u>novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.  It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.      It is hereby **ORDERED** that the Defendant's Motion for Judgment on the Record (Docket No. 24) is **GRANTED**.

3,      It is hereby **ORDERED** that the Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 26) is **DENIED**.


/s/George Z. Singal_____
U.S. District Judge

Dated this 16th day of November, 2011.